OSCAR G. BRIAN, Respondent, *v.* SOLOMON MEAD, Appellant.

(Argued May 27, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles Haines* for appellant.

*Abram J. Miller* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. ⸻

THE PEOPLE ex rel. JAMES O'TOOLE et al., Appellants, *v.* THE BOARD OF EXCISE of the City of Brooklyn, Respondent.

(Argued May 27, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 29, 1891, which affirmed an order of Special Term denying an application for a writ of mandamus.

*Josiah T. Marean* for appellants.

*F. A. McCloskey* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.